**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00636-CR

**CEDRIC DERRELL MILLAGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80247-07**

## ORDER

The Court **GRANTS** appellant's July 5, 2013 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE